# NO. 12-09-00280-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *ARCHIE R. STEEL AND JUDITH M. STEEL, APPELLANTS* | *§* | *APPEAL FROM THE* |
| *V.* | *§* | *COUNTY COURT AT LAW OF* |
| *JONATHAN AND AMY STAINS, APPELLEES* | *§* | *SMITH COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellants, Archie R. Steel and Judith M. Steel, have filed a motion to dismiss this appeal. In their motion, the Steels state that they have reached a resolution of this dispute and no longer wish to pursue the appeal. Because the Steels have met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is granted, and the appeal is dismissed.

Opinion delivered November 12, 2009.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)